SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

| | | |
|---|---|---|
| DIRECT DIAL NUMBER |   | E-MAIL ADDRESS |
| (212) 455-3852 | | aamer@stblaw.com |

BY EMAIL AND BY HAND                    June 14, 2013

Re: *The Insurance Company of the State of Pennsylvania v. Argonaut Insurance Company* (1:12-CV-06494)

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007



Dear Judge Cote:

      We are counsel to Plaintiff The Insurance Company of the State of Pennsylvania ("ICSOP") in the above-referenced action. Enclosed are unredacted courtesy copies of Plaintiff's Motion for Partial Summary Judgment, Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment, Plaintiff's Reply in Further Support of Plaintiff's Motion for Partial Summary Judgment, and all related papers.

      Also enclosed on behalf of both parties are proposed reactions to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment. The revisions conform to Your Honor's requests made during our telephone conference on May 30, 2013 to minimize the amount of material required to be filed under seal.

      As with our earlier proposed redactions, information highlighted in yellow is information the parties seek to redact because it contains internal reserve information regarding the claims at issue, information highlighted in blue is information the parties seek to redact because it reflects privileged communications between ICSOP and its coverage counsel in the underlying California action, and information highlighted in orange is information the parties seek to redact because it reflects confidential settlement agreements with non-parties to this action. In accordance with Your Honor's Individual Practice Rule 4.A, we submit to the Court with the hard copy of this letter one full set of these documents in highlighted form and one partial, loose-leaf set of solely those pages from which the parties seek to redact material.

Granted -
/s/ Denise Cote
June 18, 2013

BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES  PALO ALTO  SÃO PAULO  SEOUL  TOKYO  WASHINGTON, D.C.

SIMPSON THACHER & BARTLETT LLP

-2-                                                                                                June 14, 2013

      We appreciate the Court's attention to this matter.

Respectfully submitted,

Andrew S. Amer

Enclosures

cc: Sean Keely, Esq.