UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE INSURANCE COMPANY OF THE STATE :
OF PENNSYLVANIA, :
: 1:12-cv-06494-DLC
               Plaintiff, :
:
      vs. :
:
ARGONAUT INSURANCE COMPANY, :
:
              Defendant. :
:
------------------------------------------------------------x

## DECLARATION OF ANDREW S. AMER, ESQ. IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

      I, Andrew S. Amer, Esq., submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

      1.     I am a member of the law firm of Simpson Thacher & Bartlett LLP, attorneys for Plaintiff. I respectfully submit this declaration in further support of Plaintiff's Motion for Partial Summary Judgment. I am familiar with the matters set forth in this declaration based on my personal knowledge and/or a review of the files in the possession of my firm.

      2.     Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Patrick DiCaprio taken in this action on April 29, 2013.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on the 14th day of June, 2013.

                                                          ANDREW S. AMER

# EXHIBIT 1

1      PATRICK DiCAPRIO - CONFIDENTIAL

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF PENNSYLVANIA
3   ------------------------------------X
    THE INSURANCE COMPANY OF THE STATE OF
4   PENNSYLVANIA,

5                Plaintiff,

6                v.

7   ARGONAUT INSURANCE COMPANY,

8                Defendant.
    ------------------------------------X
9

10

11              CONFIDENTIAL

12       DEPOSITION OF PATRICK DiCAPRIO

13              30(b)(6)

14           New York, New York

15         Monday, April 29, 2013

16

17  REPORTED BY:  BOBBIE ZELTMAN
                  Professional Stenographic Reporter
18

19  Job Number:  60869

20

21

22

23

24

25

```
 1       PATRICK DiCAPRIO - CONFIDENTIAL
 2       Q    Do you know if she had any
 3  involvement with the Kaiser Cement claim?
 4       A    I don't recall.
 5       Q    Do you recall any discussions with
 6  her about the claim?
 7       A    I never had a discussion with her
 8  about the claim.
 9       Q    Do you know who Maria Perides is?
10  P-E-R-I-D-E-S.
11       A    No.
12       Q    You mentioned earlier Ron Ryan.
13            Is Mr. Ryan still with AIG?
14       A    No.
15       Q    When did he leave AIG?
16       A    He passed away last year.  Or maybe
17  this year.  I don't remember when.
18       Q    And during the time when you were
19  handling the Kaiser Cement claim, what was
20  Mr. Ryan's position with the company?
21       A    I don't remember what his title
22  was.
23       Q    What was his job, as you understood
24  it?
25       A    He was the person that -- he was
```

1        PATRICK DiCAPRIO - CONFIDENTIAL
2    above the Shari Belitz/Bill Johnson people,
3    so he would be involved with any of the
4    accounts that were going to be reported to
5    Jeff Johnson, so he was kind of like an
6    intermediary or liaison.  He would be
7    involved with giving advice or handling or
8    anything like that.
9             So he was Jeff Johnson's right-hand
10   man, so to speak.
11       Q    And you testified before that
12   Mr. Ryan was the person who negotiated the
13   settlement with Kaiser; is that right?
14       A    He negotiated one of them, yes.
15       Q    Which one?
16       A    He attended a mediation in 2009, so
17   there was a settlement of the primary
18   coverage before my involvement.
19       Q    And so that was the settlement you
20   testified about earlier from 1993?
21       A    Correct.
22       Q    Other than his involvement with the
23   negotiations in -- it was in 2009; is that
24   right?
25       A    Yes.

1        PATRICK DiCAPRIO - CONFIDENTIAL
2        Q     I'm sorry.  My question was whether
3    you have knowledge whether there was
4    discussion by anyone at the mediation of
5    contribution by that ISCOP Policy 411 --
6        A     I don't know.
7        Q     Who would know?
8        A     Anyone who was there other than Ron
9    Ryan.
10       Q     And did you do anything in advance
11   of today -- well, what did you do in advance
12   of today to prepare to testify about the
13   negotiations of settlement?
14       A     I reviewed all the documents that
15   were in the file and spoke to counsel.
16       Q     And were there documents in the
17   file that related to the settlement
18   negotiations?
19       A     Sure.
20       Q     What documents do you recall in the
21   file relating to the negotiations?
22       A     The settlement agreements related
23   to negotiations, the policies related to the
24   negotiations, the individual claimant
25   documents that we had related to the

1    PATRICK DiCAPRIO - CONFIDENTIAL

2    negotiations.  I mean, everything relates to

3    the negotiations.  The past payment

4    histories.

5    Q    Did you review anything that

6    reflected who took what position at the

7    negotiations?

8    A    I don't believe so.  There was no

9    notes or memos made of what was discussed at

10    the mediation, if that's what you are trying

11    to ask.  There was nothing like that.

12    Q    And do you know whether Mr. Ryan

13    made any notes?

14    A    He did not.  That's what I'm

15    saying.  He did not, that I saw.

16    Q    That's my question.  You did not

17    see in the files that you reviewed any notes

18    from Mr. Ryan; is that right?

19    A    That's correct.

20    Q    Do you know whether he made any

21    notes in the course of his negotiations?

22    A    I don't believe that he did.

23    Q    And why do you believe that he did

24    not?

25    A    I'm just guessing that I would have

```
 1      PATRICK DiCAPRIO - CONFIDENTIAL
 2   seen them or that they would have been in
 3   the files somewhere.  I mean, he wouldn't
 4   have thrown them out if he made any.
 5      Q    Do you recall or did you discuss
 6   with him after the negotiations in 2009
 7   whether he had any notes?
 8      A    I don't recall.
 9      Q    Did you discuss with him the
10   negotiations?
11      A    Yes.
12           MR. KEELY:  Why don't we break.
13              (A luncheon recess was
14      taken at 12:17 p.m. through
15      1:02 p.m.)
16        A F T E R N O O N   S E S S I O N
17             PATRICK DiCAPRIO,
18      resumed, having been previously
19         duly sworn, was examined
20      and testified further as follows:
21      CONTINUED EXAMINATION BY MR. KEELY:
22         (Defendant's Exhibit 22,
23      Document dated August 21, 2009,
24      Bates Numbers ISCOP-65818 through
25      ISCOP-65821, was marked for
```